UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT & MARKETING, INC. , <br><br> Plaintiff(s), <br><br> v. <br> CERTAIN UNDERWRITERS AT LLOYD'S, LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 AND AFB 623 , <br><br> Defendant(s). | Case No. 4:22-cv-00649-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

I, Brandon D. Almond, an active member in good standing of the bar of District of Columbia and Virginia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: CERTAIN UNDERWRITERS AT LLOYD'S, LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 AND AFB 623 in the above-entitled action. My local co-counsel in this case is Kevin F. Kieffer, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 192193.

| | |
|---|---|
| 401 9th Street, N.W., Suite 1000, Washington D.C. 20004 | 5 Park Plaza, Suite 1400, Irvine, CA 92614 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-274-2950 | 949-622-2700 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| brandon.almond@troutman.com | kevin.kieffer@troutman.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 74623 (VA); 982170 (DC).

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

American LegalNet, Inc.
www.FormsWorkFlow.com

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 24, 2022

Brandon D. Almond
APPLICANT
/s/ Brandon D. Almond

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brandon D. Almond is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 2/25/2022

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT JUDGE





On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

## *Brandon D Almond*

was duly qualified and admitted on July 11, 2008 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on
September 28, 2021.**

*Julio A. Castillo*

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

# VIRGINIA STATE BAR

## CERTIFICATE OF GOOD STANDING

THIS IS TO CERTIFY THAT BRANDON DAVID ALMOND IS AN ACTIVE MEMBER OF THE VIRGINIA STATE BAR IN GOOD STANDING. **MR. ALMOND** WAS LICENSED TO PRACTICE LAW IN VIRGINIA ON **OCTOBER 17, 2007**, AFTER SUCCESSFULLY PASSING THE BAR EXAMINATION GIVEN BY THE BOARD OF BAR EXAMINERS.

*Issued October 1, 2021*

KAREN A. GOULD
EXECUTIVE DIRECTOR AND
CHIEF OPERATING OFFICER