DON A. LESSER (SBN 112887)
HOWARD M. GARFIELD (SBN 43369)
KATHERINE O'NEAL (SBN 124657)
THE LESSER LAW GROUP
315 Montgomery Street, Ninth Floor
San Francisco, CA 94104
Telephone: (415) 453-7600
E-mails:   DLesser@LesserGroup.com
           HGarfield@LesserGroup.com
           KOneal@Lessergroup.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT & MARKETING, INC. | Case No.  4:22-cv-00649-HSG |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING TIME TO RESPOND TO COUNTERCLAIM** |
| v. | **Civil L.R. 6-2** |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 and AFB 623, | |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Plaintiff/Counterclaim-Defendant United Brands Products Design Development & Marketing, Inc. ("United") and Defendants/Counterclaimants Certain Underwriters At Lloyd's, London Denoted As Syndicate Numbers AFB 2623 and AFB 623 ("Lloyd's") hereby stipulate as follows:

1.      United's deadline to answer or otherwise respond to Lloyd's Counterclaim, served February 24, 2022, is extended by 14 days through and including March 31, 2022; and

2.      This stipulated enlargement of time does not alter an event or deadline already fixed by Court order.

Dated:  March 8, 2022

THE LESSER LAW GROUP

/s/ Don A Lesser
DON A. LESSER
Attorneys for Plaintiff/Counterclaim-Defendant

Dated:  March 9, 2022

TROUTMAN PEPPER HAMILTON SANDERS LLP

/s/ Brandon D. Almond
Brandon D. Almond
Attorneys for Defendants/Counterclaimants

SO ORDERED.

Dated:  March 10, 2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge