1  DON A. LESSER (SBN 112887)
2  HOWARD M. GARFIELD (SBN 43369)
   THE LESSER LAW GROUP
3  315 Montgomery Street, Ninth Floor
   San Francisco, CA  94104
4  Telephone:  (415) 453-7600
   E-mails:   DLesser@LesserGroup.com
5              HGarfield@LesserGroup.com

6  *Attorneys for Plaintiff*

7
                   **UNITED STATES DISTRICT COURT**
8
           **NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION**
9

| | |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT & MARKETING, INC. | Case No.  4:22-cv-00649-HSG |
| Plaintiff, | **STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION TO STRIKE DEFENDANTS' ANSWER** |
| v. | |
| CERTAIN UNDERWRITERS AT LLOYD'S, LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 and AFB 623, | **Civil L.R. 6-2** |
| Defendants. | |

Pursuant to Civil L.R. 6-2, Plaintiff/Counterclaim-Defendant United Brands Products Design Development & Marketing, Inc. ("United") and Defendants/Counterclaimants Certain Underwriters At Lloyd's, London Denoted As Syndicate Numbers AFB 2623 and AFB 623 ("Lloyd's") hereby stipulate as follows:

1. United's deadline to file a Motion to Strike Defendants' Answer, served February 24, 2022, is extended by 14 days through and including March 31, 2022; and

2. This stipulated enlargement of time does not alter an event or deadline already fixed by Court order.

Dated: March 18, 2022          THE LESSER LAW GROUP

/s/ Don A Lesser
DON A. LESSER
Attorneys for Plaintiff/Counterclaim-Defendant

Dated: March 18, 2022          TROUTMAN PEPPER HAMILTON SANDERS LLP

/s/ Brandon D. Almond

Brandon D. Almond
Attorneys for Defendants/Counterclaimants

SO ORDERED.

Dated: March 22, 2022

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge

STIPULATION AND ORDER EXTENDING DEADLINE FOR PLAINTIFF TO FILE MOTION TO STRIKE DEFENDANTS' ANSWER
Case No. 4:22-cv-00649-HSG