TROUTMAN PEPPER HAMILTON SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA 92614-2545
Telephone: 949.622.2700
Facsimile: 949.622.2739

TROUTMAN PEPPER HAMILTON SANDERS LLP
Brandon D. Almond (admitted *pro hac vice*)
brandon.almond@troutman.com
401 9th Street, N.W.
Suite 1000
Washington, D.C. 20004-2134
Telephone: 202.274.2950
Facsimile: 202.274.2994

Attorneys for Defendant
Certain Underwriters at Lloyd's, London Denoted as
Syndicate Numbers AFB 623 and AFB 2623

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT & MARKETING, INC.<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 AND AFB 623<br><br>Defendant/Counter-Plaintiff. | Case No. 4:22-cv-00649-HSG<br><br>**ORDER REGARDING STIPULATION FOR DEFENDANT CERTAIN UNDERWRITERS AT LLOYD'S LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 AND AFB 623 TO FILE AND SERVE AMENDED ANSWER AND COUNTERCLAIM**<br><br>**Civil L.R. 6**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Action Filed: January 31, 2022<br>Trial Date: Not set |

Pursuant to Fed. R. Civ. P. Rule 15 and Civil L.R. 6, Defendant/Counter-Plaintiff Certain Underwriters at Lloyd's, London Denoted as Syndicate Numbers AFB 623 and AFB 2623 ("Beazley") and Plaintiff/Counter-Defendant United Brands Products Design Development & Marketing, Inc. ("United") (collectively, the "Parties") have stipulated that Beazley may file and serve an Amended Answer and Counterclaim, and that Beazley will do so within three days of the date of the Court's approval of its stipulation, which the Court has reviewed. The Parties further agree that United shall not be required to respond to Beazley's original Counterclaim [ECF 12] but, rather, shall respond to the counterclaims set forth in Beazley's Amended Answer and Counterclaim within fourteen (14) days of service as set forth in Fed. R. Civ. P. Rule 15(a)(1)(3).

**IT IS SO ORDERED.**

Dated: 4/1/2022

_____
Hon. Haywood S. Gilliam, Jr.
United States District Court Judge