TROUTMAN PEPPER HAMILTON SANDERS LLP
Kevin F. Kieffer, Bar No. 192193
kevin.kieffer@troutman.com
5 Park Plaza
Suite 1400
Irvine, CA  92614-2545
Telephone:    949.622.2700
Facsimile:     949.622.2739

TROUTMAN PEPPER HAMILTON SANDERS LLP
Brandon D. Almond (admitted *pro hac vice*)
brandon.almond@troutman.com
401 9th Street, N.W.
Suite 1000
Washington, D.C.  20004-2134
Telephone:    202.274.2950
Facsimile:     202.274.2994

Attorneys for Defendant
Certain Underwriters at Lloyd's, London Denoted as
Syndicate Numbers AFB 623 and AFB 2623

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT & MARKETING, INC.<br><br>Plaintiff/Counter-Defendant,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S, LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 AND AFB 623<br><br>Defendant/Counter-Plaintiff. | Case No. 4:22-cv-00649-HSG<br><br>**ORDER REGARDING STIPULATION FOR EXTENSION OF MEDIATION DEADLINE**<br><br>**Civil L.R. 6-2**<br><br>Judge:           Haywood S. Gilliam, Jr.<br>Action Filed:  January 31, 2022<br>Trial Date:     Not set |

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

ORDER RE: STIPULATION FOR
EXTENSION OF MEDIATION DEADLINE
4:22-CV-00649-HSG

1     Pursuant to Civil L.R. 6-2, Plaintiff/Counter-Defendant United Brands Products Design

2 Development & Marketing, Inc. ("United") and Defendant/Counter-Plaintiff Certain Underwriters

3 at Lloyd's, London Denoted as Syndicate Numbers AFB 623 and AFB 2623 ("Beazley")

4 (collectively, the "Parties") have stipulated to extend the deadline to participate in initial private

5 mediation from August 26, 2022 to December 14, 2022, which the Court has reviewed.

6

7 **IT IS SO ORDERED.**

8 Dated: _____8/29/2022_____

                              Hon. Haywood S. Gilliam, Jr.
                                United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

TROUTMAN PEPPER HAMILTON SANDERS LLP
5 PARK PLAZA
SUITE 1400
IRVINE, CA 92614-2545

129228463v1

ORDER RE: STIPULATION FOR EXTENSION
OF MEDIATION DEADLINE
4:22-CV-00649-HSG