UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT&MARKETING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 AND AFB 623,<br><br>Defendant. | Case No.  22-cv-00649-TLT   (LJC)<br><br>**NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: ECF. No. 62 |

**TO ALL PARTIES AND COUNSEL OF RECORD**:

This case has been referred to Magistrate Judge Lisa J. Cisneros for discovery. The undersigned has reviewed the parties' Joint Discovery Letter. ECF No. 62. For this and all future discovery disputes that the parties seek to resolve through this Court, the parties must hereafter comply with the procedures set forth in the Standing Order for Magistrate Judge Cisneros, available at https://cand.uscourts.gov/lisa-j-cisneros/.

In particular, the parties must "make a good faith effort to resolve the dispute," and "[c]ounsel for each party must meet and confer in person or by videoconference. A mere exchange of letters, e-mails, or telephone calls does not satisfy the meet and confer requirement." Id. Accordingly, by May 26, 2023, the parties shall file a Joint Statement with the Court describing what steps they previously took to meet and confer to reach a compromise, or if they have not yet met and conferred in compliance with the undersigned's Standing Order, the parties' plan for promptly scheduling a meet and confer. The Court will thereafter order a telephone conference, hearing, and/or further briefing, if needed.

//

Please contact the Courtroom Deputy Clerk Brittany Sims at ljccrd@cand.uscourts.gov with any questions.

**IT IS SO ORDERED.**

Dated: May 25, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge