UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT&MARKETING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 AND AFB 623,<br><br>Defendant. | Case No. 22-cv-00649-TLT (LJC)<br><br>**ORDER RE: JOINT STATEMENT IN RESPONSE TO NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: ECF No. 66 |

The Joint Statement in Response to Notice of Referral for Discovery (ECF No. 66) stated that the parties had planned a further meet-and-confer via videoconference for May 31, 2023, and if they were unable to reach a compromise, the parties would alert the Court and await further instructions. The Court has not received an update. If the parties have reached a compromise, they must file a joint notice withdrawing the disputes set forth in the May 19, 2023 Joint Discovery Letter, ECF No. 62. See Civil L.R. 7-7(e). With the filing of such a notice of withdrawal, the Court will not decide the disputes. Rather, the Court will issue a finding that the disputes are moot given the withdrawal notice. The parties shall file a notice of withdrawal by June 7, 2023.

**IT IS SO ORDERED.**

Dated: June 5, 2023

LISA J. CISNEROS
United States Magistrate Judge