UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED BRANDS PRODUCTS DESIGN DEVELOPMENT&MARKETING, INC.,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON DENOTED AS SYNDICATE NUMBERS AFB 2623 AND AFB 623,<br><br>Defendant. | Case No.  22-cv-00649-TLT   (LJC)<br><br>**ORDER RE: FURTHER JOINT STATEMENT IN RESPONSE TO NOTICE OF REFERRAL FOR DISCOVERY**<br><br>Re: ECF No. 75 |

On June 7, 2023, the parties filed a Further Joint Statement in Response to Notice of Referral for Discovery.  ECF No. 75.  The parties shared that they had met and conferred on May 31, 2023 and were continuing to have productive discussions to narrow the parties' disputes.  The parties at the time declined to withdraw their dispute, but also indicated that compromise proposals and counterproposals had been exchanged and were currently under consideration by the clients.  Since then, the parties have not provided the Court with any further updates or explained what discovery disputes remain.  By June 23, 2023, the parties shall provide the Court with a new joint discovery letter that either (a) indicates that the disputes described in ECF Nos. 62 and 66 have been entirely resolved and those discovery disputes are withdrawn, or (b) updates the Court regarding which discovery disputes remain pending.

To the extent any discovery disputes remain pending, despite the parties' efforts to resolve them, the joint letter shall comply with the requirements of Section F.5 of Judge Cisneros's Standing Order, concerning discovery disputes.  The standing order is available at https://cand.uscourts.gov/wp-content/uploads/judges/cisneros-ljc/LJC-StandingOrder.pdf.  The parties' joint discovery letter shall also indicate whether any of the discovery disputes relate to the

1  pending motion for partial summary judgment.

2  **IT IS SO ORDERED.**

3  Dated: June 20, 2023

_____
LISA J. CISNEROS
United States Magistrate Judge